IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| STEVEN LOWN, | ) | No. C05-1033 LRR |
| Plaintiff, | ) | |
| vs. | ) | **STATEMENT OF INTEREST** |
| THE ARCHDIOCESE OF DUBUQUE, | ) | |
| Defendants. | ) | |

As required by LR 3.2 and LR 81.1(c), (d), and (e), Steven Lown, Plaintiff in this case, provides the following information to the court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Plaintiff's outcome in the case:

Steven Lown.

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

Plaintiff.

Date: June 10, 2005.

1

Respectfully Submitted,
DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
Attorneys for the Plaintiff

BY: /s/ Thomas L. Staack
Thomas L. Staack Iowa Bar #000005220
LEAD COUNSEL

BY: /s/ Chad A. Swanson
Chad A. Swanson Iowa Bar #000014657

3151 Brockway Road
P.O. Box 810
Waterloo, Iowa 50704
(319) 234-4471
(319) 234-8029 FAX
staackt@wloolaw.com
swansonc@wloolaw.com

Original Filed.

Copy to:

Brendan Quann
Davin Curtiss
O'Connor & Thomas, P.C.
700 Locust Street, Suite 200
Dubuque, Iowa 52001-6874

I:\Lit\TLS\ABUSE-PRIEST\Lown\Pleadings\Statement of Interest.wpd

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on the 10th day of June, 2005.

By: __ U.S. Mail          __ FAX
    __ Hand Delivered     __ UPS
    __ Federal Express    __ Other
    _X_ EFC System Participate (Electronic Service)

Signature: /s/ Sandra L. Faye