IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| STEVEN LOWN, | ) | |
| Plaintiff, | ) | NO. C05-1033 LRR |
| vs. | ) | |
| | ) | **APPEARANCE** |
| THE ARCHDIOCESE OF DUBUQUE | ) | |
| and WILLIAM T. SCHWARTZ, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Werner Hellmer, of Day, Hellmer & Straka, P.C., and hereby enters his appearance in the above captioned lawsuit on behalf of Defendant William T. Schwartz.

Respectfully submitted,

WILLIAM T. SCHWARTZ, Defendant,

By: /s/ Werner Hellmer
Werner Hellmer, AIN: 000002266
DAY, HELLMER & STRAKA, P.C.
1141 Main Street
Dubuque, Iowa 52001
Telephone: 563/557-1885
Facsimile: 563/557-2335
E-mail: dayhellmerlawdbq@aol.com
ATTORNEYS FOR DEFENDANT

Original filed electronically.

Copies to:
Attorneys Thomas L. Staack
and Chad A. Swanson
Dutton, Braun, Staack & Hellman, P.L.C.
3151 Brockway Road
P.O. Box 810
Waterloo, Iowa 50704

Brendan T. Quann
O'Connor & Thomas, P.C.
Dubuque Building
700 Locust Street, Ste. 200
Dubuque, Iowa 52001-6874