IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| STEVEN LOWN, | ) | No. C05-1033 LRR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **WAIVER OF SERVICE OF SUMMONS** |
| | ) | |
| THE ARCHDIOCESE OF DUBUQUE and WILLIAM T. SCHWARTZ, | ) | |
| | ) | |
| Defendants. | ) | |

TO: William T. Schwartz

I acknowledge receipt of your request that I waive service of summons in the action of Steven Lown vs. The Archdiocese of Dubuque and William T. Schwartz, which is case number C05-1033 LRR in the United States District Court for the Northern District of Iowa, Cedar Rapids Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with Judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after June 17th, 2005, or within 90 days after that date if the request was sent outside the United States.

6/21/05
DATE

_____
SIGNATURE

PRINTED/TYPED NAME: Werner Hellmer

AS Attorney of William T. Schwartz

1