IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| STEVEN LOWN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:05-CV-1033-LRR |
| | ) | |
| vs. | ) | |
| | ) | |
| THE ARCHDIOCESE OF DUBUQUE | ) | |
| and WILLIAM T. SCHWARTZ, | ) | |
| | ) | |
| Defendants. | ) | |

---

## DEFENDANT'S DESIGNATION OF EXPERT WITNESSES

---

COMES NOW Defendant, William T. Schwartz, and hereby reserves the right to call rebuttal witnesses and/or any expert witnesses designated by Plaintiff or Defendant, the Archdiocese of Dubuque.

Respectfully submitted,

WILLIAM T. SCHWARTZ, Defendant,

By:     \_\_\_/s/Werner Hellmer_____
Werner Hellmer, AIN: 000002266
DAY, HELLMER & STRAKA, P.C.
1141 Main Street
Dubuque, Iowa 52001
Telephone: 563/557-1885
Facsimile:  563/557-2335
ATTORNEY FOR DEFENDANT
WILLIAM T. SCHWARTZ

Original filed electronically.

1

Copies via electronic service to:

Attorneys Thomas L. Staack and
Chad A. Swanson
Dutton, Braun, Staack
 & Hellman, P.L.C.
3151 Brockway Road, P.O. Box 810
Waterloo, IA 50704

Copy to:

Brendan T. Quann and
Davin C. Curtiss
O'Connor & Thomas, P.C.
700 Locust Street, Suite 200
P.O. Box 599
Dubuque, IA 52001