IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| STEVEN LOWN, | ) No. C05-1033 JAJ |
| Plaintiff, | ) |
| vs. | ) **STIPULATED DISMISSAL WITH** |
| | ) **PREJUDICE OF PLAINTIFF'S CLAIMS** |
| THE ARCHDIOCESE OF DUBUQUE and WILLIAM T. SCHWARTZ, | ) **AGAINST WILLIAM T. SCHWARTZ** |
| Defendants. | ) |

Plaintiff Steven Lown and William T. Schwartz, through their undersigned counsel pursuant to Fed. R. Civ. P. 41(a)(1)(ii), by this Stipulation dismiss with prejudice Plaintiff's complaint against Defendant William T. Schwartz with the parties bearing their respective costs.

DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
Attorneys for the Plaintiff

BY: *Thomas L. Staack /s/CAS*
Thomas L. Staack
Iowa Bar #000005220

BY: *Chad A. Swanson*
Chad A. Swanson
Iowa Bar #000014657

3151 Brockway Road
P.O. Box 810
Waterloo, Iowa 50704
(319) 234-4471
(319) 234-8029 FAX
staackt@wloolaw.com
swansonc@wloolaw.com

1

DAY, HELLMER & STRAKA, P.C.  
Attorneys for Defendant

BY: _____  
Werner Hellmer   000002266

1141 Main Street  
Dubuque, Iowa 52001  
563-557-1885  
563-557-2335  
<u>DayHellmerlawdbq@aol.com</u>

I:\Lit\TLS\ABUSE-PRIEST\Lown\Pleadings\Stipulated Dismissal With Prejudice.Schwartz.wpd